UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                           CASE NO. 16-52573
MARCOS LEYVA
FRANCES R LEYVA
DEBTORS                         CHAPTER 13 PROCEEDING

## AMENDED CHAPTER 13 PLAN-PRIOR TO CONFIRMATION

The Debtors, Marcos Leyva and Frances R Leyva, by and through undersigned counsel, Heidi McLeod, hereby amends the Chapter 13 Plan, Docket No. 2 as follows:

1. Internal Revenue Service's priority debt will be paid on a pro rata basis after the secured creditors.

All other provisions of the Chapter 13 Plan remain unchanged and are incorporated by reference.

January 6, 2017

                                               /s/ Heidi McLeod
                                               Heidi McLeod SBTN1 13764700
                                               Heidi McLeod Law Office PLLC
                                               3355 Cherry Ridge, Ste. 214
                                               San Antonio, TX 78230
                                               (210) 853-0092
                                               (210) 853-0129 FAX

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed first class mail or sent by ecf notice to the following parties and the attached creditor matrix on January 6, 2017:

Marcos Leyva                            Mary Viegelahn
Frances R Leyva                        10500 Heritage Blvd. Ste. 201
316 East Webb St.                     San Antonio, TX 78216
Crystal City, TX 78839

U.S. Trustee
615 E. Houston Street, Ste. 533
San Antonio, TX 78205

                                                 /s/ Heidi McLeod
                                               Heidi McLeod

```
Label Matrix for local noticing        United States Trustee (SMG513)         U.S. BANKRUPTCY COURT
0542-5                                 U.S. Trustee's Office                  615 E. HOUSTON STREET, ROOM 597
Case 16-52573-rbk                      615 E. Houston, Suite 533              SAN ANTONIO, TX 78205-2055
Western District of Texas              P.O. Box 1539
San Antonio                            San Antonio, TX 78295-1539
Mon Nov  7 11:21:47 CST 2016

Capital One, N.a.                      Chase                                  (p)CITIBANK
Capital One Bank (USA) N.A.            P.o. Box 15298                         PO BOX 790034
PO Box 30285                           Wilmington, DE 19850-5298              ST LOUIS MO 63179-0034
Salt Lake City, UT 84130-0285


(p)COMMERCIAL AND MEDICAL CREDIT SERVICES   Credit One Bank                   Dsnb Macys
9844 LORENE                                 Po Box 98875                      9111 Duke Blvd
SAN ANTONIO TX 78216-4438                   Las Vegas, NV 89193-8875          Mason, OH 45040-8999



Gemb/JC Penny                          Gemb/chevron                           Gemb/walmart
Attention:  Bankruptcy                 Attention: Bankruptcy                  Po Box 981400
PO Box 103104                          PO Box 105968                          El Paso, TX 79998-1400
Roswell, GA 30076-9104                 Atlanta, GA 30348-5968


Heidi McLeod Law Office, PLLC          Hsbc Bank                              Hsbc Nv
3355 Cherry Ridge, Ste. 214            ATTN: BANKRUPTCY                       HSBC
San Antonio, TX 78230-4818             PO BOX 5213                            PO Box 5895
                                       Carol Stream, IL 60197-5213            Carol Stream, IL 60197-5895


Internal Revenue Service               Medi Comm Services                     Ocwen Loan Servicing LLC
P.O. Box 7346                          5139 69th St                           Attn: Bankruptcy Department
Philadelphia, PA 19101-7346            Lubbock, TX 79424-1601                 1661 Worthington Rd. Suite 100
                                                                              West Palm Beach, FL 33409-6493


Sarma Coll                             Security Fin                           Security Service Fcu
1801 Broadway St                       Attn: Bankruptcy                       16211 La Cantera Pkwy
San Antonio, TX 78215-1227             PO Box 1893                            San Antonio, TX 78256-2419
                                       Spartanburg, SC 29304-1893


Soila Lara                             United States Trustee - SA12           Zavala CAD
PO Box 181                             US Trustee's Office                    c/o Linebarger Goggan Blair &
Crystal City, TX 78839-0181            615 E Houston, Suite 533               Sampsom, LLP
                                       PO Box 1539                            711 Navarro, Suite 300
                                       San Antonio, TX 78295-1539             San Antonio, TX 78205-1749


Frances R Leyva                        Heidi McLeod                           Marcos Leyva
PO Box 358                             3355 Cherry Ridge, Suite 214           PO Box 358
Crystal City, TX 78839-0358            San Antonio, TX 78230-4818             Crystal City, TX 78839-0358



Mary K Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd Suite 201
San Antonio, TX 78216-3631
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citibank Usa<br>CITICORP CREDIT SERVICES/ATTN: CENTRALIZ<br>PO Box 20507<br>Kansas City, MO 64195 | Com Med Crdt<br>9846 Lorene<br>San Antonio, TX 78216 | End of Label Matrix<br>Mailable recipients  27<br>Bypassed recipients   0<br>Total                27 |