The relief described hereinbelow is SO ORDERED.

Signed January 11, 2017.



_____
Ronald B. King
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CHAPTER 13 |
|---|---|---|
| | § | |
| MARCOS LEYVA & | § | |
| FRANCES R LEYVA | § | |
| | § | CASE NO. 16-52573-RBK |
| DEBTORS | § | |

AGREED ORDER
RESOLVING ZAVALA CAD'S OBJECTION
TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN

CAME ON FOR CONSIDERATION Zavala CAD's Objection to Confirmation of Debtors' Chapter 13 Plan, and the parties having announced to the Court that they have reached an agreement resolving the issues raised by Zavala CAD, the Court finds that the parties' agreement should be adopted as its Order. Therefore, it is

**ORDERED** that Zavala CAD's Objection to Confirmation of Debtors' Chapter 13 Plan is hereby deemed resolved as the Debtors' Chapter 13 Plan shall be incorporated with this Order to adequately provide for Zavala CAD's pre-petition proof of claim as a secured claim in the amount of $699.60 for year 2011 ad valorem tax debt for the real property located at 316 E. Webb St. (tax

account number 12519); which amount shall be paid under the Debtors' confirmed Chapter 13 plan with interest accruing at the rate of twelve percent (12%) per annum. It is further

**ORDERED** that this Agreed Order Resolving Zavala CAD's Objection to Confirmation of Debtors' Chapter 13 Plan shall supersede any subsequent amended plans which may conflict with the terms of this Agreed Order.

###

Submitted by:

　/s/ Bradley S. Balderrama　
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)
Bradley S. Balderrama (SBN 24040464)
**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*
Attorney for Zavala CAD


---

Heidi McLeod (SBN 13764700)
**HEIDI MCLEOD LAW OFFICE, PLLC**
3201 Cherry Ridge, Suite C300
San Antonio, TX 78230
(210) 853-0092 - *Telephone*
Email: heidimcleodlaw@gmail.com
Attorney for Debtors


---

Mary K. Viegelahn, Chapter 13 Trustee
Vanessa Guerrero (SBN 24040788)
David W. Van Zyl (SBN P39875)
Jessica L. Hanzlik (SBN 24055661)
10500 Heritage Blvd., Suite 201
San Antonio, TX 78216
(210) 824-1460 - *Telephone*
(210) 824-1328 - *Fax*

account number 12519); which amount shall be paid under the Debtors' confirmed Chapter 13 plan with interest accruing at the rate of twelve percent (12%) per annum. It is further

**ORDERED** that this Agreed Order Resolving Zavala CAD's Objection to Confirmation of Debtors' Chapter 13 Plan shall supersede any subsequent amended plans which may conflict with the terms of this Agreed Order.

###

Submitted by:

_____
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)
Bradley S. Balderrama (SBN 24040464)
**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*
Attorney for Zavala CAD

*/s/ Heidi McLeod*
_____
Heidi McLeod (SBN 13764700)
**HEIDI MCLEOD LAW OFFICE, PLLC**
3201 Cherry Ridge, Suite C300
San Antonio, TX 78230
(210) 853-0092 - *Telephone*
Email: heidimcleodlaw@gmail.com
Attorney for Debtors

*/s/ David W. Van Zyl*
_____
Mary K. Viegelahn, Chapter 13 Trustee
Vanessa Guerrero (SBN 24040788)
David W. Van Zyl (SBN P39875)
Jessica L. Hanzlik (SBN 24055661)
10500 Heritage Blvd., Suite 201
San Antonio, TX 78216
(210) 824-1460 - *Telephone*
(210) 824-1328 - *Fax*

2