| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | MARCOS LEYVA |
| Debtor 2 (Spouse, if filing) | FRANCES R. LEYVA |
| United States Bankruptcy Court for the: | WESTERN District of TEXAS (State) |
| Case number | 16-52573 K |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 2 5 0 2

**Property address:** 316 E. Webb Street
Number     Street

CRYSTAL CITY  TX  78839
City          State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

- ☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

- ☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

- ☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next postpetition payment from the debtor(s) is due on:  ___/___/___
  MM / DD / YYYY

- ☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:  (a) $ 4174.44

  b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ 0.00

  c. **Total.** Add lines a and b.  (c) $ 4174.44

  Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  12 / 1 / 2020
  MM / DD / YYYY

  ($820.00) IN SUSPENSE DUE $4174.44)

| Debtor 1 | # MARCOS LEYVA | | | Case number *(if known)* | 16-52573 K |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:** **Itemized Payment History** ## Attached as Exhibit A

---

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:** **Sign Here**

---

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✗ /s/ RAYMOND VALDERRAMA | | | Date | 03 12 2020 |
|---|---|---|---|---|---|
| | Signature | | | | ___/___/_____ |

| Print | RAYMOND | | VALDERRAMA | Title | AVP BANKRUPTCY |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | ## BSI FINANCIAL SERVICES |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 7505 IRVINE CENTER DRIVE | | |
|---|---|---|---|
| | Number | Street | |

| | IRVINE | CA | 92618 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | 949  679  6728 | Email | |
|---|---|---|---|
| | (     )     —    | | |

BSI Financial Services

## Loan Information

| | |
|---|---|
| Loan # | ...2502 |
| Borrower | Frances Leyva |
| Date Filed | 11/4/2016 |
| First Post Petition Due Date | 12/1/2016 |
| POC Covers | |

Missing Post-Petition History from 12/1/16 - 11/28/17

| Date | Amount Rcvd | Late Charges Incurred | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/2017 | $885.78 | | 12/1/2017 | | $885.78 | $0.00 | | | $0.00 |
| 11/28/2017 | $885.78 | | 1/1/2018 | | $885.78 | $0.00 | | | $0.00 |
| 12/26/2017 | $885.78 | | 2/1/2018 | | $885.78 | $0.00 | | | $0.00 |
| 2/1/2018 | $885.78 | | 3/1/2018 | | $885.78 | $0.00 | | | $0.00 |
| 3/23/2018 | $885.78 | | Suspense | | | $885.78 | $885.78 | | $885.78 |
| 3/31/2018 | $901.00 | | 4/1/2018 | | $911.32 | -$10.32 | | $10.32 | $875.46 |
| 4/30/2018 | $911.32 | | 5/1/2018 | | $911.32 | $0.00 | | | $875.46 |
| 5/31/2018 | $911.32 | | 6/1/2018 | | $911.32 | $0.00 | | | $875.46 |
| 6/28/2018 | $911.32 | | 7/1/2018 | | $911.32 | $0.00 | | | $875.46 |
| 7/26/2018 | $911.32 | | 8/1/2018 | | $911.32 | $0.00 | | | $875.46 |
| 8/20/2018 | $911.32 | | 9/1/2018 | | $911.32 | $0.00 | | | $875.46 |
| 8/21/2018 | $911.32 | | 10/1/2018 | | $911.32 | $0.00 | | | $875.46 |
| 10/1/2018 | $911.32 | | 11/1/2018 | | $911.32 | $0.00 | | | $875.46 |
| 10/26/2018 | $911.32 | | 12/1/2018 | | $890.48 | $20.84 | $20.84 | | $896.30 |
| 10/29/2018 | $911.32 | | 1/1/2019 | | $890.48 | $20.84 | $20.84 | | $917.14 |
| 11/23/2018 | $911.32 | | 2/1/2019 | | $890.48 | $20.84 | $20.84 | | $937.98 |
| 11/23/2018 | $911.32 | | 3/1/2019 | | $890.48 | $20.84 | $20.84 | | $958.82 |
| 11/30/2018 | $911.32 | | 4/1/2019 | | $890.48 | $20.84 | $20.84 | | $979.66 |
| 1/2/2019 | $912.00 | | 5/1/2019 | | $890.48 | -$890.48 | | $890.48 | $89.18 |
| 2/22/2019 | $911.32 | | 6/1/2019 | | $910.79 | $1.21 | $1.21 | | $90.39 |
| 4/19/2019 | $911.32 | | 7/1/2019 | | $910.79 | $0.53 | $0.53 | | $90.92 |
| 5/24/2019 | $912.00 | | 8/1/2019 | | $910.79 | $0.53 | $0.53 | | $91.45 |
| 6/27/2019 | $912.00 | | Suspense | | | $912.00 | $912.00 | | $1,004.66 |
| 7/29/2019 | $911.00 | | 9/1/2019 | | $1,256.24 | -$345.24 | | $345.24 | $659.42 |
| 8/23/2019 | $912.00 | | 10/1/2019 | | $1,256.24 | -$344.24 | | $344.24 | $315.18 |
| 9/19/2019 | $912.00 | | | | $912.00 | $912.00 | $912.00 | | $1,227.18 |
| 9/25/2019 | -$912.00 | | NSF | | $912.00 | -$912.00 | | $912.00 | $315.18 |
| 10/9/2019 | $912.00 | | | | $912.00 | $912.00 | $912.00 | | $1,227.18 |
| 10/16/2019 | -$912.00 | | NSF | | $912.00 | -$912.00 | | $912.00 | $315.18 |
| 11/18/2019 | $912.00 | | Suspense | | $912.00 | $912.00 | $912.00 | | $1,227.18 |
| 12/20/2019 | $911.00 | | 11/1/2019 | | $1,256.24 | -$345.24 | | $345.24 | $881.94 |

## Payment Changes

| Date | P&I | Escrow | Total | Notice Filed | Filed w/ POC |
|---|---|---|---|---|---|
| 12/1/2016 | $609.16 | $276.62 | $885.78 | | |
| 4/1/2018 | $609.16 | $302.16 | $911.32 | | 2/23/2018 |
| 11/1/2018 | $588.32 | $302.16 | $890.48 | | 9/20/2018 |
| 5/1/2019 | $608.63 | $302.16 | $910.79 | | 4/9/2019 |
| 9/1/2019 | $608.63 | $647.61 | $1,256.24 | | 7/11/2019 |
| 2/1/2020 | $608.63 | $590.01 | $1,198.64 | | 1/9/2020 |
| 2/1/2021 | 608.63 | 511.17 | $1,119.80 | | 1/11/2021 |



EXHIBIT
A

| Date | Amount | Date | | Amount | Amount | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1/31/2020 | $911.00 | 12/1/2019 | | $1,256.24 | $345.24 | | | $345.24 | $536.70 |
| 3/4/2020 | $1,260.00 | 1/1/2020 | | $1,256.24 | $3.76 | | | | $540.46 |
| 6/17/2020 | $1,198.64 | 2/1/2020 | | $1,198.64 | $0.00 | | | | $540.46 |
| 7/6/2020 | $1,200.00 | 3/1/2020 | | $1,198.64 | $1.36 | | | | $541.82 |
| 7/31/2020 | $1,000.00 | 4/1/2020 | | $1,198.64 | -$198.64 | | | $198.64 | $343.18 |
| 8/11/2020 | $1,500.00 | 5/1/2020 | | $1,198.64 | $301.36 | $301.36 | | | $644.54 |
| 9/29/2020 | $2,368.78 | 6/1/2020 | | $1,198.64 | -$1,198.64 | | | | $554.10 |
| 12/23/2020 | $1,200.00 | 7/1/2020 | | $1,198.64 | $1,170.14 | $1,170.14 | | $1,198.64 | $616.04 |
| 1/14/2021 | $1,198.64 | 8/1/2020 | | $1,198.64 | $1.36 | | | | $617.40 |
| 1/27/2021 | $1,200.00 | 9/1/2020 | | $1,198.64 | $0.00 | | | | $617.40 |
| 2/2/2021 | -$1,200.00 | NSF | | -$1,200.00 | -$1,200.00 | | $1,200.00 | $1,200.00 | $1,817.40 |
| 2/10/2021 | $1,200.00 | 10/1/2021 | | $1.36 | $1.36 | $1.36 | | $618.76 | $618.76 |
| 2/18/2021 | $1,200.00 | 11/1/2020 | | $1,198.64 | $1.36 | $1.36 | | $620.12 | $620.12 |
| DUE: | | 12/1/2020 | | $1,198.64 | -$1,198.64 | | | | $620.12 |
| | | 1/1/2021 | | $1,198.64 | -$1,198.64 | | | | $620.12 |
| | | 2/1/2021 | | $1,119.80 | -$1,119.80 | | | | $620.12 |
| | | 3/1/2021 | | $1,119.80 | -$1,119.80 | | | | $620.12 |
| | | | suspense | $0.00 | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |
| | | | | | $0.00 | | | | $620.12 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing response to Trustee's Notice of Final Cure was served on the 12th day of March, 2021. Said Notice was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Marcos Leyva
316 E. Webb Street  (Property)
Crystal City, TX 78839

PO Box 358  (Mailing)
Crystal City, TX 78839

DEBTOR
Frances R Leyva
316 E. Webb Street  (Property)
Crystal City, TX 78839

PO Box 358  (Mailing)
Crystal City, TX 78839

DEBTORS' ATTORNEY
Heidi McLeod
3355 Cherry Ridge, Suite 214
San Antonio, TX78230

TRUSTEE
Mary K. Viegelahn
10500 Heritage Blvd, Ste 201
San Antonio, TX 78216

CREDITOR ATTORNEY

**Bradley S Balderrama**
Linebarger Goggan Blair & Sampson, LLP
Weston Centre
112 E Pecan St, Suite 2200
San Antonio, TX 78205
210-225-6763
210-225-6410 (fax)
Brad.Balderrama@lgbs.com
 *Assigned: 12/23/2016*

representing

**Zavala CAD**
711 Navarro, Ste. 300
San Antonio, TX 78205
*(Creditor)*

**Chase A Berger**
Ghidotti Berger LLP
600 E. John Carpenter Fwy
Suite 175
Irving, TX 75092-3900
949-427-2010
949-427-2732 (fax)
bknotifications@ghidottiberger.com
 *Assigned: 01/11/2021*

representing

**US BANK TRUST
NATIONAL ASSOCIATION
AS TRUSTEE OF CABANA
SERIES III TRUST**
*(Creditor)*

**Paul W. Cervenka**
Bonial & Associates, P.C.
PO Box 9013
Addison, TX 75001
214-860-6909
214-860-6909 (fax)
paul.cervenka@bonialpc.com
 *Assigned: 11/28/2017*

representing

**Nationstar Mortgage LLC
d/b/a Mr. Cooper**
PO Box 619096
Dallas, TX 75261
*(Creditor)*

**James A. Hoffman**
Langley & Banack, Inc.
745 E. Mulberry Avenue
San Antonio, TX 78212
(210) 736-6600
(210) 735-6889 (fax)
jhoffman@langleybanack.com
 *Assigned: 01/19/2017*

representing

**Ally Financial Inc.**
c/o James A. Hoffman
Clemens & Spencer
112 E. Pecan
Suite 1300
San Antonio, TX 78205
*(Creditor)*

representing

**Ocwen Loan Servicing, LLC**
*(Creditor)*

**Jessica L Holt**
Mackie Wolf Zientz & Mann, P.C.
5177 Richmond Avenue
Suite 1230
Houston, TX 77056
713-730-3218
jholt@mwzmlaw.com
*Assigned: 01/17/2017*

**Heidi McLeod**
3355 Cherry Ridge, Suite 214
San Antonio, TX 78230
(210) 853-0092
heidimcleodlaw@gmail.com
*Assigned: 11/04/2016*
*LEAD ATTORNEY*

representing

**Frances R Leyva**
PO Box 358
Crystal City, TX 78839
*(Debtor)*

**Marcos Leyva**
PO Box 358
Crystal City, TX 78839
*(Debtor)*

**Donald P. Stecker**
Linebarger Goggan Blair & Sampson
Weston Centre
112 E Pecan St, Suite 2200
San Antonio, TX 78205
210.225.6763
210.225.6410 (fax)
don.stecker@lgbs.com
*Assigned: 11/29/2016*

representing

**Zavala CAD**
711 Navarro, Ste. 300
San Antonio, TX 78205
*(Creditor)*

**Yoshie Valadez**
McCarthy & Holthus, LLP
1255 West 15th St, Suite 1060
Plano, TX 75075
(214) 291-3800
(214) 291-3801 (fax)
mhtbkanhsselffilings@mccarthyholthus.com
*Assigned: 02/23/2018*

representing

**Nationstar Mortgage LLC
d/b/a Mr. Cooper**
PO Box 619096
Dallas, TX 75261
*(Creditor)*

**Kristin A Zilberstein**
Padgett Law Group
5501 LBJ Freeway, Suite 925
Dallas, TX 75240
8504222520
(850) 422-2567 (fax)
Kris.Zilberstein@Padgettlawgroup.com
 *Assigned: 02/20/2019*

/s/ Richard E. Anderson
RICHARD E. ANDERSON